IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW P. BRONSON, | : | CIVIL ACTION |
| | : | NO. 17-0114 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PA TRANS. | : | |
| AUTHORITY (SEPTA), | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **23rd** day of **March, 2018,** upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), Plaintiff's responses thereto (ECF Nos. 22, 24), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 18) is **GRANTED.**

2. The Clerk shall mark this case as closed.

**AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,    J.**